RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/20/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAMON SMITH<br>LA. DOC #381483 | CIVIL ACTION NO. 3:13-cv-0565 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| SHERIFF BOB BUCKLEY, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 20 day of June, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE